UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DADE DIVISION

ARANTZA CASTRO,                                              CASE NO. 1:23-cv-23889-JAL

    Plaintiff,

vs.

JANIE AND JACK, LLC..
    Defendant,
_____/

AMENDED NOTICE OF SETTLEMENT

Plaintiff, ARANTZA CASTRO by and through his undersigned counsel, hereby gives the Court notice that Plaintiff, ARANTZA CASTRO and Defendant, JANIE AND JACK, LLC have reached a settlement in this matter. The parties are finalizing the settlement documents and will file a Notice of Dismissal. As such. parties request that this honorable Court allow 60 days to finalize all documents before dismissing the case.

                Respectfully Submitted,

                MENDEZ LAW OFFICES, PLLC
                Attorney for Plaintiff
                P.O. BOX 228630
                Miami, Florida 33172
                Telephone: 305.264.9090
                Facsimile:  305.809.8474
                Email:info@mendezlawoffices.com
                By: /s/ Diego German Mendez
                DIEGO GERMAN MENDEZ, ESQ.
                FL BAR NO.: 52748

###